# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

BRIAN JEROME WESLEY                                    CIVIL ACTION NO. 05-1454-L

VS.                                                    SECTION P

POLICE DEPT. OF PATTERSON, ET AL.                      JUDGE DOHERTY

                                                       MAGISTRATE JUDGE METHVIN

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that his Motion for Assistance in Obtaining Evidence [Doc. 4] be **DENIED** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _14_ day of ___February___, 2006.

_____
**REBECCA F. DOHERTY**
**UNITED STATES DISTRICT JUDGE**